Certificate Number: 15317-PAM-DE-033337157

Bankruptcy Case Number: 19-01594



15317-PAM-DE-033337157

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2019, at 6:41 o'clock PM PDT, Mark A Deblock completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 2, 2019

By: /s/Mariel Macrohon

Name: Mariel Macrohon

Title: Counselor