Certificate Number: 15317-PAM-DE-033337158

Bankruptcy Case Number: 19-01594


15317-PAM-DE-033337158

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on September 2, 2019, at 6:41 o'clock PM PDT, Theresa J Sano-Deblock completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 2, 2019              By:   /s/Mariel Macrohon

                                       Name: Mariel Macrohon

                                       Title: Counselor